CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALMA BELL, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A,, a National Association; WORLD SAVINGS BANK, FSB, a Federal Savings Bank; NDEX WEST, LLC, a Limited Liability Company; and Does 1 -- 50, inclusive;<br><br>　　　　Defendants. | CASE NO.: 2:14-cv-04316-JFW-MRW<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*Assigned to the Hon. John F. Walter*] |

　　　On October 28, 2014, the Court entered an Order granting the Motion to Dismiss Second Amended Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") and joined by NDEX West, LLC, dismissing the Second Amended Complaint, in its entirety, with prejudice.

/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.    The Second Amended Complaint is dismissed, as to all parties and all causes of action, with prejudice;

2.    Judgment is entered in favor of defendants WELLS FARGO BANK, N.A. and NDEX WEST, LLC; and;

3.    Plaintiff Alma Bell shall recover nothing in this action from defendants WELLS FARGO BANK, N.A. and NDEX WEST, LLC.

Dated: October 30, 2014

THE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE